UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
PREPARED FOOD PHOTOS, INC., *formerly* :
*known as Adlife Marketing & Communications* :
*Co., Inc.*, :
: 24-CV-946 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
WARNER BROS. DISCOVERY, INC., :
:
Defendant. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 8, 2024, (Doc. 1), and filed an affidavit of service on February 13, 2024, (Doc. 8). The deadline for Defendant to respond to Plaintiff's complaint was March 5, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 15, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 8, 2024
             New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge